# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Jeffrey F. MCCOY
### Seaman Recruit (E-1), U.S. Coast Guard

### CGCMG 0339
### Docket No. 1438

### 17 July 2017

General Court-Martial convened by Commander, Coast Guard Personnel Service Center. Tried at Alameda and San Diego, California, on 19 August and 16 October 2015.

| | |
|---|---|
| Military Judge: | CAPT Christine N. Cutter, USCG |
| | CAPT Paul Leblanc, JAGC, USN |
| Trial Counsel: | LT Emily C. Miletello, USCGR |
| Assistant Trial Counsel: | LT Tammy C. Bolin, USCGR |
| Defense Counsel: | LCDR Chad C. Temple, JAGC, USN |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

### BEFORE
### McCLELLAND, BRUCE & JUDGE
Appellate Military Judges

Per curiam:

Appellant was tried by general court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of six specifications of receiving and viewing child pornography, in violation of Article 134, Uniform Code of Military Justice (UCMJ). The military judge sentenced Appellant to ten years of confinement and a dishonorable discharge. The Convening Authority approved only so much of the sentence as provides for sixty months of confinement and a dishonorable discharge, in accordance with the pretrial agreement.

Before this court, Appellant asserts that his sentence is inappropriately severe based on his offenses, his character, and his family situation. We do not see the sentence as inappropriately severe.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Sarah P. Valdes
Clerk of the Court